Certificate Number: 16339-PAW-DE-032446526

Bankruptcy Case Number: 19-20597



16339-PAW-DE-032446526

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2019, at 9:32 o'clock AM EDT, Trisha Lehner completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 15, 2019

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor